**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

In the Matter of:

**EDWARD JOSEPH CLOUTIER**

       **Debtor**              /

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 10-21792**
**HONORABLE DANIEL S. OPPERMAN**

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of Bruce K. Havens, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,226.00 in fees, and that the portion of such claim which has not already been paid, to wit $3,000.00 shall be paid by the trustee as an administrative expense of this case.

All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute.

**IT IS FURTHER ORDERED** that the Funding of the Plan shall be payments to the Trustee in the amount of $462.00 every two weeks until month thirty-six (36), which is the estimated pay off of Debtor Spouse's case, and then increased to $808.16 every two weeks for the remaining term of the plan.

**IT IS FURTHER ORDERED** that the secured claims of Isabella Community Credit shall receive equal monthly installments commencing with the first distribution due under this plan.

Approved as to Form & Content:

/s/Thomas W. McDonald, Jr.  
Thomas W. McDonald, Jr. (P32464)  
Chapter 13 Trustee  
3144 Davenport Avenue  
Saginaw, Michigan 48602  
Telephone: (989) 792-6766  
ecf@mcdonald13.org

/s/Bruce K. Havens  
Bruce K. Havens (P38718)  
Attorney for debtor(s)  
306 N. Fancher Street  
Mt. Pleasant, Michigan 48858  
Telephone: (989) 773-0176  
email: havenslaw@gmail.com

/s/Paul E. Wenzloff  
Paul E. Wenzloff (P27662)  
Attorney for Isabella Community Credit Union  
903 N. Jackson Street  
Bay City, Michigan 48708-5953  
Telephone: (989) 893-9511  
Email: wenzloffbankruptcy@sbcglobal.net

.

**Signed on July 23, 2010**

                                                   **/s/ Daniel S. Opperman**  
                                                 **Daniel S. Opperman**  
                                                 **United States Bankruptcy Judge**